ERIC GRANT
United States Attorney
NICHOLAS KARP
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**

Mar 18, 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **1:26-mj-00026-SKO** |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| GUILLERMO CATZALCO | |
| Defendant. | |

Upon application of the United States of America, and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be and is hereby ordered SEALED until further order of this court.

Dated: March 13, 2026

THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

1