IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:26-MJ-00026-SKO |
| Plaintiff, | |
| v. | **ORDER UNSEALING COMPLAINT AND ARREST WARRANT** |
| GUILLERMO CATZALCO, | |
| Defendant. | |

The United States, having arrested the defendant, Guillermo Catzalco, on a complaint and arrest warrant and the need for sealing has ceased;

IT IS ORDERED that the complaint and arrest warrant shall be unsealed as to defendant Guillermo Catzalco.

IT IS SO ORDERED.

Dated:   __**April 13, 2026**__          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1